UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cr-80062-DMM-1

UNITED STATES OF AMERICA

    Plaintiff,
vs.

ANTHONY RAUL DEL VALLE,

    Defendant.
_____/

### MOTION TO ORDER U.S. MARSHAL TO PROVIDE DEFENDANT MEDICAL ATTENTION OR IN THE ALTERNATIVE MOTION TO REQUEST FURLOUGH TO ALLOW THE DEFENDANT TO OBTAIN MEDICAL ATTENTION

The Defendant, ANTHONY RAUL DEL VALLE, by and through the undersigned Attorney, respectfully requests this Honorable Court to enter an Order requiring the U.S. Marshal to provide the Defendant with medical attention and treatment, or in the alternative to order a short furlough for the Defendant to obtain medical attention, and as ground states:

    1.    The Defendant is currently in the custody of the U.S. Marshal and he is being held pending sentencing in the Palm Beach County Jail.

    2.    On November 7, 2024, while the Defendant was being brought to court, the transport vehicle was involved in an accident.

3. The Defendant was injured in this accident.

4. The Defendant is in need of medical attention for his injuries.

5. The undersigned's office has contacted the U.S. Marshal who indicated that the Palm Beach County Jail is responsible for the Defendant's medical care.

6. The Defendant's attorney has made requests to the Palm Beach County Jail for the Defendant to receive medical attention but has been told that they are not equipped to conduct a medical examination resulting from a vehicle accident.

7. The undersigned contacted Assistant United States Attorney, Shannon O'Shea Darsch, who on November 15, 2024 indicated that the Government takes no position on the Defendant's motion.

*PAGE LEFT INTENTIONALLY BLANK*

WHEREFORE, the Defendant, ANTHONY RAUL DEL VALLE, respectfully requests this Honorable Court to enter an Order requiring the U.S. Marshal to provide the Defendant with medical attention and treatment, or in the alternative to order a short furlough for the Defendant to obtain medical attention.

Respectfully submitted,

GLENN H. MITCHELL, ESQ.
The Barristers Building
1615 Forum Place, Suite 4B
West Palm Beach, FL 33401
ghmitchelllaw@aol.com
Pleadings: ghmitchellfiling@aol.com
(561) 478-7777

By: */s/ Glenn H. Mitchell*
GLENN H. MITCHELL, ESQ.
Florida Bar No. 239267

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Glenn H. Mitchell*
GLENN H. MITCHELL, ESQ.
Florida Bar No. 239267