UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80062-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY RAUL DEL VALLE,

    Defendant.
_____/

## ORDER ON MOTION TO PROVIDE MEDICAL ATTENTION OR IN THE ALTERNATIVE TO REQUEST FURLOUGH

This matter is before the Court upon Defendant's Motion to Order U.S. Marshal to Provide Defendant Medical Attention or in the Alternative Motion to Request Furlough to Allow the Defendant to Obtain Medical Attention (DE 69). Defendant claims that he was injured while being transported from the Palm Beach County Jail on November 7, 2024, to the West Palm Beach Courthouse for his trial. Defendant's motion does not provide any details or extent of his injuries. Since Defendant is being held at the Palm Beach County Jail pending his sentencing hearing that is set for January 30, 2025, the jail would provide any necessary medical treatment. Due to the limited information provided, I cannot order the U.S. Marshals to provide treatment at this time. Therefore, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion to Order U.S. Marshal to Provide Defendant with Medical Attention (DE 69) is hereby **DENIED without prejudice.** Defendant's Motion for a Furlough is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 20th day of November 2024.

Donald M. Middlebrooks
United States District Judge

cc:    All Counsel of Record