UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cr-80062-DMM-1

UNITED STATES OF AMERICA

    Plaintiff,
vs.

ANTHONY RAUL DEL VALLE,

    Defendant.
_____/

**NOTICE OF FILING**
**LETTERS IN SUPPORT OF DEFENDANT FOR SENTENCING**

The Defendant, ANTHONY RAUL DEL VALLE, by and through his undersigned attorney hereby files the following Letters in support of the Defendant for Sentencing:

1. Tania Serrano and Hector Del Valle

2. Jalissa Serrano

    Respectfully submitted,

    GLENN H. MITCHELL, ESQ.
    The Barristers Building
    1615 Forum Place, Suite 4B
    West Palm Beach, FL 33401
    ghmitchelllaw@aol.com
    Pleadings: ghmitchellfiling@aol.com
    (561) 478-7777

    */s/ Glenn H. Mitchell*
By: _____
    GLENN H. MITCHELL, ESQ.
    Florida Bar No. 239267

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Glenn H. Mitchell*
GLENN H. MITCHELL, ESQ.
Florida Bar No. 239267

Honorable Judge Middlebrooks,

We are writing to you regarding our son, Anthony Raul del Valle, and would like to share a few thoughts about his character, background, and the person he is. As his parents, we have had the privilege of watching him grow and develop over the years, and we feel it is important for you to know the positive traits and values that he has always demonstrated.

Beyond the mistake he has made, we want to emphasize the many positive aspects of his personality. He is a loving son, father, brother, a loyal friend, and someone who has worked hard to overcome challenges in his life. He has always been quick to offer help to those in need. Our son Anthony is a compassionate, thoughtful, and responsible young man. From an early age, he has shown a deep concern for others, whether it was helping as a teen counselor for the "Florida Fishing Academy" in Riviera Beach Florida where as a teenager, he obtained his boating license and his lifeguard certification, to volunteering last minute as Santa Clause at the "SOS Children's Village" in Pompano Beach, Florida. As well as assisting family members and friends during difficult times. He's always had a positive word for those he sees struggling when he himself was hurting. His empathetic and selfless nature and willingness to help others have always been some of his most admirable qualities.

In addition to his kindness, Anthony has been an amazing father to his children, one that sets the bar. He has always taken his responsibility as a father very seriously, and is still diligent monitoring their education, even through the current lines of communication. As a father, he is loving, nurturing, and earnestly active with them every chance he had and has. His presence as a father is still present but sadly his actions are impacting him now, because his kids and loved ones are also serving this sentence with him. As a role model he has always been someone who takes responsibility for his actions. He has faced challenges like any person, but throughout those times, he has learned from his mistakes and sought to better himself.

Anthony has suffered several traumatic events, and he's always been so resilient until, July 22, 2021, when Anthony was involved in a tragic turnpike accident. Anthony expressed a lot of grief and failure. He spoke of his failed attempts to save a drowning trucker, and that he felt helpless as he and others attempted to rescue a woman in a burning car. In that one day our son Anthony witnessed a man drowning and a woman burn alive. Those are two tragic events that no person, let alone, a young person, should ever have to witness, and much less in one day!  He expressed that for weeks he could still smell the woman's burning flesh. He'd shower and shower, but the smell wouldn't go away. (Only he could smell the scent.) As his mother I didn't know how to help him. I tried to comfort him. I explained that he was a blessing to the trucker because he pulled that man from the water and performed CPR, that man wasn't all alone in those moments. He continued to struggle to find peace and we later found out he sought solace in pain medication and alcohol.

We understand that he is currently before the court due to serious circumstances and want to express that he deeply regrets the actions that led to this situation. He has expressed genuine remorse.

Your Honor, we truly believe that Anthony Raul del Valle has learned from this experience and has the potential to continue growing into a responsible, law-abiding individual. We kindly ask for your consideration of the positive aspects of his character, and we trust that whatever decision is made will help guide him toward a brighter future. When the time comes for him to rejoin society, he has a loving and supportive family that is eagerly awaiting.

Thank you for your time and attention to this matter. We are more than happy to provide further information or speak with you in person if needed.

Sincerely,
Tania Serrano and Hector del Valle

January 24, 2025

Honorable Judge Middlebrooks,

    I first want to begin by thanking you for taking the time to read through these letters, as well as taking these letters into consideration for my brothers sentencing.

    Anthony to his core, is a very considerate person with so much potential. He has always had an aptitude for learning, and acquiring new skills. One of his favorite hobbies is fishing and with his selfless and patient  heart, he took it upon himself to show others how to fish. It became such a passion he even taught fishing professionally to young children and his work ethic got him to fish along with Guy Harvey. He's taught our family and friends how to fish. With others who don't even enjoy the thought of fishing he found other ways to bond and spend quality time together. It's because of this caring instinct that makes him reliable, in good times or bad.

    As a father I've seen him go above and beyond to strengthen the bond with his kids and teaching them to protect their bond with each other, all while guiding them. His routine with them was militant in structure but he is always loving. He loved when he read nightime stories or planning fun days with them every chance he had. Oftentimes even making sure to extend the invitation to myself and my daughter, his niece.  More then anything, family means the most to him. I'm not sure if I've even heard him say it but he always seems to make it known whether its an immediate family member or extended family we just met. As an extrovert he never let language stop him from bonding with our spanish speaking family members who don't know but two words in English. He has touched many lives just being himself.

    Unfortunately I find myself writing this letter on his behalf because he made a mistake. It's because he was so selfless before the incident that as a family we will truly be enduring the sentence with his absence. Anthony, especially after becoming a father, gained a substantial amount of emotional intelligence. If he found himself in a situation where he was wrong, he apologized and truly made effort to do better at how he handled similar situations. I know he's never going to consider going down this path again, as I know this is not what he envisioned when picturing our support. After his arrest for the first time he was not there to see his youngest child born and to support his partner. I cannot imagine the weight of that burden but I can imagine that he will never want to risk anymore monumental milestones in his own life or anyone of his friends and family members. I hear a different version of my brother on the phone these days, one who has maintained all the amazing things about him but matured about a decade ahead of his time.

    I think the weight of his mistake is felt the most when he's on the phone with his kids, or with family and friends during celebrations he wouldn't miss, like Christmas and birthdays. When he's having nice conversations he's continuing to strengthen bonds in a very different way. I know Anthony will take his time inside seriously and it's in his nature to make the most of it, reading, and utilizing programs and resources offered. Despite how productive he will be, I know everyday will be irreversible heart break, especially because it was his own actions. I know his time now so far have made him see the reality of his decesions clearly.

    " The soul unfolds itself, like a lotus of countless petals" We are all looking to grow from life's experiences, learning things about ourselves with every season and every day, my brother Anthony is no different. He has a lot more good to offer then this mistake.  Thank you again for taking time to read my statement on behalf of my brother. I understand and respect the difficult position your in to have to carefully make the fairest desicions you do.

Thank you,

Jalissa Delvalle